# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC, INC., )<br>)<br>Defendant. )<br>) | **PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), files the following responses to standard interrogatories in compliance with Rule 26.01 of the Local Civil Rules of Practice for the United States District Court for the District of South Carolina.

A.  State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE:  None.

B.  As to each claim, state whether it should be tried jury or nonjury and why.

RESPONSE:  The EEOC's claims arise under Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).  Pursuant to § 1981(a), the EEOC is entitled to trial by jury of its claims because compensatory and punitive damages are sought by the EEOC. The EEOC has timely requested a jury trial in this case.

C.    State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

RESPONSE:   Plaintiff is not a publicly-owned company.

D.    State the basis for asserting the claim in the division in which it is filed.

RESPONSE:   A substantial part of the events or omissions giving rise to the claims alleged in this suit occurred within the city of Greenwood, which is within the Greenwoof Division.

E.    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending.

RESPONSE:   This action is not related in whole or in part to any other matter filed in this district.

DATED this the 29th day of July, 2019.

                                        Respectfully submitted:

                                        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

                                        JAMES L. LEE

Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

LYNETTE A. BARNES
Charlotte District Office Regional Attorney

KARA GIBBON HADEN
Supervisory Trial Attorney

s/ *Rachael S. Steenbergh-Tideswell*
RACHAEL S. STEENBERGH-TIDESWELL
South Carolina Federal Bar No. 10867
Senior Trial Attorney
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 954-6472
Facsimile: (704) 954-6412
Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**