**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENWOOD DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **PLAINTIFF'S REQUEST TO** **WITHHOLD SUMMONS** |
| MEDTRONIC, INC., | ) ) | |
| Defendant. | ) ) ) | |

TO THE UNITED STATES DISTRICT CLERK:

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, I am asking the Defendant to waive service of a summons. Please withhold the issuance of a summons in this case to the Defendant, Medtronic. Inc., until further noticed.

DATED this the 29th day of July, 2019.

Respectfully submitted:

**U.S. EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

LYNETTE A. BARNES
Charlotte District Office Regional Attorney

KARA GIBBON HADEN
Supervisory Trial Attorney

**s/ _Rachael S. Steenbergh-Tideswell_**
RACHAEL S. STEENBERGH-TIDESWELL
South Carolina Federal Bar No. 10867

Senior Trial Attorney
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 954-6472
Facsimile: (704) 954-6412
Email: rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**